1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Petitioner United States of America

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,     )   1:08-cv-00937-LJO-DLB
                                 )
12             Petitioner,       )   **ORDER TO SHOW CAUSE**
                                 )
13    v.                         )   Date:      September 5, 2008
                                 )   Time:      9:00 a.m.
14 RICHARD CHAVEZ,               )   Ctrm:      9
                                 )
15             Respondent.       )
   _____)

16

17      Upon review of Petitioner United States of America's

18 Petition for Summary Enforcement of Administrative Subpoena Duces

19 Tecum, and supporting pleadings, filed under Section 9 of the

20 Federal Trade Commission Act, 15 U.S.C. § 49, as incorporated by

21 Section 10(h) of the Agricultural Marketing Agreement Act of

22 1937, as amended, 7 U.S.C. § 610(h),

23      IT IS HEREBY ORDERED that Respondent Richard Chavez

24 ("Respondent") appear before the United States District Court for

25 the Eastern District of California, in Courtroom No. 9, on

26 September 5, 2008, at 9:00 a.m. to show cause why he should not

27 be compelled to appear and give evidence before the Secretary of

28 Agriculture of the United States, or such officers or

                              1

1   representatives designated by him, at such time and place as

2   determined by the Court, and there produce the documentary

3   evidence specified in and required by the United States

4   Department of Agriculture subpoena duces tecum served on

5   Respondent and attached to the Declaration of Rose M. Aguayo.

6        IT IS HEREBY FURTHER ORDERED that a copy of this Order to

7   Show Cause, together with one copy each of the Petition for

8   Summary Enforcement of Administrative Subpoena Duces Tecum, and

9   the Memorandum of Points and Authorities and Declaration of

10  Rose M. Aguayo filed in support of the petition, shall be served

11  upon Respondent on or before August 4, 2008.

12       IT IS HEREBY FURTHER ORDERED that Respondent shall file and

13  serve a written response to the Petition for Summary Enforcement

14  of Administrative Subpoena Duces Tecum, supported by appropriate

15  declaration(s), as well as any motions Respondent desires to

16  make, on or before August 22, 2008.  The United States may file a

17  reply on or before August 29, 2008.

18       All motions and issues raised by Respondent will be

19  considered on the return date of this Order, and any uncontested

20  allegations in the Petition for Summary Enforcement of

21  Administrative Subpoena Duces Tecum will be deemed admitted.

22  Issues that are not raised by motion, or are not brought into

23  controversy by the responsive pleadings and supported by

24  declaration(s), will not be considered on the return date of this

25  Order.

26       IT IS SO ORDERED.

27  Dated:   **July 28, 2008**           **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

28