```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | 1:08-cv-00937-LJO-DLB |
|---|---|
| ) Petitioner, ) | **STIPULATION TO ADVANCE THE HEARING DATE FOR THE ORDER TO SHOW CAUSE HEARING; ORDER THEREON** |
| ) v. ) | |
| ) RICHARD CHAVEZ, ) | **OLD HEARING DATE:** |
| ) Respondent. ) ) | Date:  September 5, 2008<br>Time:  9:00 a.m.<br>Ctrm:  9 |
| | **NEW HEARING DATE:** |
| | Date:  September 4, 2008<br>Time:  9:00 a.m.<br>Ctrm:  9 |

Petitioner United States of America and Respondent Richard Chavez hereby stipulate, by and through their respective counsel, to advance the hearing date for the Order to Show Cause from September 5, 2008, at 9:00 a.m., to a "special motion hearing date," September 4, 2008, at 9:00 a.m., in Courtroom No. 9, before the Honorable Dennis L. Beck.

Counsel for Respondent Richard Chavez is not available on September 5, 2008, and counsel for the United States is leaving

1 the U.S. Attorney's Office and will not be available to argue
2 this matter after September 5, 2008.  Both counsel are available
3 on September 4, 2008.
4     All other deadlines will remain the same.  The parties
5 respectfully request that the Court advance the hearing date.

                                      Respectfully submitted,

Dated: August 25, 2008.        McGREGOR W. SCOTT
                                      United States Attorney

                               By:  /s/ Kimberly A. Gaab
                                     Assistant U.S. Attorney

                                   Attorneys for Petitioner
                                   United States of America

Dated: August 25, 2008.        BRIAN C. LEIGHTON
                                    Law Offices of Brian C. Leighton
                                   (as authorized on 8/25/08)

                               By:  _____

                                   Attorneys for Respondent
                                   Richard Chavez

**ORDER FOR A SPECIAL MOTION HEARING DATE**

The hearing date for the Order to Show Cause is hereby advanced to a "special motion hearing date," of September 4, 2008, at 9:00 a.m., in Courtroom 9, as requested by counsel for the parties.

IT IS SO ORDERED.

Dated:   **August 27, 2008**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO ADVANCE THE HEARING DATE FOR THE ORDER TO
SHOW CAUSE HEARING; [PROPOSED] ORDER THEREON