McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS (SBN 192172)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cv-00937-LJO-DLB |
| Petitioner, | **ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 5)** |
| v. | **ORDER DIRECTING THE CLERK TO CLOSE THIS ACTION** |
| RICHARD CHAVEZ, | |
| Respondent. | |

Petitioner United States of America is proceeding with a civil action in this Court concerning Summary Enforcement of a Administrative Subpoena Duces Tecum.

On July 28, 2008, this Court issued an order to show cause why the administrative subpoena duces tecum should not be enforced and set the matter for hearing. On September 4, 2008, the matter was heard before the Honorable Dennis L. Beck, United States Magistrate Judge. Kimberly A. Gaab appeared on behalf of Petitioner and Brian C. Leighton appeared on behalf of

Respondent.  The matter was argued and taken under submission. On September 5, 2008, Judge Beck issued an Order Granting Petition for Summary Enforcement of Administrative Subpoena and ordered Respondent to produce all responsive documents.  On November 20, 2008, Petitioner filed a notice of compliance stating that Respondent Richard Chavez had complied with the subpoena.  Petitioner also requested that the Court vacate the hearing, and suggested that the file be closed.

Good cause appearing, this Court hereby vacates the Scheduling Conference set for December 10, 2008, and the order to show cause that issued on July 28, 2008, IS DISCHARGED.

The Clerk is DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   December 9, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE